7-15-15

RE: Case No. 12-93-00042-CR
Trial Court Case No. 11965

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUL 17 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK

Dear Clerk,

Could you please check back on the above Case No. and see if the Appeal was ever abated in any way.

A habeas corpus was filed in this cause on June 3, 1993 and an evidentuary hearing was held on July 8, 1993. You just returned the Transcript of that hearing on May 1, 2015 back to Cherokee County.

I'm trying to figure out "How" a habeas is filed and an evidentuary hearing held "During" an Appeal.

I figure the Appeal was abated for a month or so? Perhaps your docket sheet will indicate what happened around JUNE of 1993.

By the way, Cherokee Co. won't even write back concirning my purchasing that transcript. I've still not ever seen it. Also, do you by some chance remember about how many pages the transcript had?
Apprieiate Your help

Jeff Ward